[No. 3160. Nov. 9, 1927. Rehearing Denied Dec. 24, 1927.]

BINNS v. PURYEAR.

[262 Pac. 173.]

J. D. Mell, of Roswell, for appellant.

H. C. Maynard, of Roswell, for appellee.

OPINION OF THE COURT

WATSON, J. There is but one question in this case, namely, whether there is substantial evidence to support the judgment. We have examined the record and find clear and positive evidence in support of it. The judgment must therefore be affirmed, and the cause remanded.

It is so ordered.

PARKER, C. J., and BICKLEY, J., concur.